UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-2184-DMG (SKx)** | Date | May 28, 2020 |
|---|---|---|---|
| Title | *HFC Acceptance, LLC, et al. v. Advantage Opco, LLC, et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE STAYED [27]**

On May 27, 2020, Defendants Advantage Holdco, Inc., E-Z Rent-A-Car, LLC, and Advantage Opco, LLC (collectively, "Debtors") filed a notice that on May 26, 2020, each had filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware, Case Nos. 20-11264-JTD, 20-11262-JTD, and 20-11259-JTD. [Doc. # 27.]

In light of the foregoing, Plaintiffs are **ORDERED TO SHOW CAUSE** in writing by no later than **June 11, 2020** why this action should not be stayed as a result of the filing of Defendants' bankruptcy petitions. *See* 11 U.S.C. § 362(a)(1). Failure to timely or adequately respond will result in the Court issuing an order staying and administratively closing the action and placing the case on inactive status.

IT IS SO ORDERED.